249 So.2d 202

**J. WILTON JONES COMPANY, Inc. and Rene G. Delacroix**

v.

**LIBERTY MUTUAL INSURANCE COMPANY.**

**No. 51493.**

June 21, 1971.

In re: Liberty Mutual Insurance Company applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 248 So.2d 878.

Application denied. The result is correct.

SUMMERS, J., is of the opinion the writ should be granted.

249 So.2d 203

**Charles H. ZERINGUE**

v.

**LIBERTY MUTUAL INSURANCE COMPANY.**

**No. 51494.**

June 21, 1971.

In re: Liberty Mutual Insurance Company applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 248 So.2d 83.

Writ denied. Under the facts found, we find no error in the judgment complained of.